Argued and submitted September 27, 1991, affirmed by an equally divided court
April 22, reconsideration denied September 16, petition for review denied
October 27, 1992 (314 Or 574)

## STATE OF OREGON,
*Respondent,*

*v.*

## NORMA LEE NICHOLES,
*Appellant.*

## (90CR-1282; CA A66154)

829 P2d 744

Peter Gartlan, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Cynthia A. Forbes, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Affirmed by an equally divided court.